ACCEPTED
15-24-00118-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 5:04 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00118-CV

# COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/11/2025 5:04:32 PM
CHRISTOPHER A. PRINE
Clerk

## Aspire Power Ventures, LP,

*Appellant,*

v.

## Public Utility Commission of Texas, Electric Reliability Council of Texas, Thomas Gleeson, Lori Cobos, Jimmy Glotfelty, Kathleen Jackson, and Courtney Hjaltman,

*Appellees.*

On Appeal from the 345th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-24-003384
*Hon. Catherine A. Mauzy, Presiding*

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

Chrysta L. Castañeda
  Texas Bar No. 15325625
  chrysta@castaneda-firm.com
Nicole Michael
THE CASTAÑEDA FIRM
325 N. St. Paul, Suite 2030
Dallas, Texas 75201
Phone: (214) 282-8579
Fax: (214) 602-9187

Monica Latin
Brent M. Rubin
Ken Carroll
CARRINGTON, COLEMAN,
  SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Phone: (214) 855-3000
Fax: (214) 580-2641

*Attorneys for Appellant Aspire Power Ventures, LP*

Chrysta L. Castañeda and Nicole Michael move this Court for leave for themselve and The Castañeda Firm to withdraw from this case as counsel for Appellant Aspire Power Ventures, LP ("Aspire"). Monica W. Latin, an attorney of record in this case, is designated as lead counsel for the appeal, replacing Chrysta L. Castañeda in that role.

1. Aspire Power Ventures, LP ("Aspire") is currently represented in this matter by Chrysta L. Castañeda and Nicole Michael of the The Castañeda Firm and Monica W. Latin, Brent M. Rubin, and Ken Carroll, of the law firm Carrington Coleman Sloman & Blumenthal, L.L.P. Chrysta L. Castañeda is currently lead counsel for Aspire in this appeal. Chrysta L. Castañeda is retiring from the practice of law by the end of this year, at which time The Castañeda Firm will cease operations.

2. Monica W. Latin, Brent M. Rubin, Ken Carroll, and the law firm Carrington Coleman Sloman & Blumenthal, L.L.P. will continue as counsel for Appellant Aspire in this matter. Aspire is designating Monica W. Latin as lead counsel for this appeal, replacing Chrysta L. Castañeda in that role. Pursuant to Texas Rule of Appellate Procedure

6.5(d), the necessary information for Monica W. Latin is provided in the signature block below.

**CONCLUSION**

Chrysta L. Castañeda and Nicole Michael respectfully pray that this Court issue an order granting leave for them and The Castañeda Firm to withdraw as counsel of record for Appellant Aspire.

Respectfully submitted,

/s/   *Chrysta L. Castañeda*
Chrysta L. Castañeda
  Texas Bar No. 15325625
  chrysta@castaneda-firm.com
Nicole Michael
  Texas Bar No. 24067767
  nicole@castaneda-firm.com
THE CASTAÑEDA FIRM
325 N. St. Paul, Suite 2030
Dallas, Texas 75201
Phone: (214) 282-8579
Fax: (214) 602-9187

/s/   *Monica Latin*
Monica Latin
  Texas Bar No. 00787881
  MLatin@ccsb.com
Brent M. Rubin
  Texas Bar No. 24086834
  BRubin@ccsb.com
Ken Carroll
  Texas Bar No. 03888500
  KCarroll@ccsb.com
CARRINGTON, COLEMAN,
  SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Phone: (214) 855-3000
Fax: (214) 580-2641

*Attorneys for Appellant Aspire Power Ventures, LP*

## CERTIFICATE OF CONFERENCE

I, the undersigned attorney, hereby certify to the Court that I have conferred with Appellee's counsel regarding the above motion who have indicated that Appellees are not opposed to the relief sought in the motion.

/s/   *Chrysta L. Castañeda*
Chrysta L. Castañeda

## CERTIFICATE OF SERVICE ON COUNSEL

The undersigned hereby certifies that on December 11, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all counsel of record through the eFiling Service Provider pursuant to the Texas Rules of Civil Procedure.

/s/   *Ken Carroll*
Ken Carroll

## CERTIFICATE OF SERVICE ON APPELLANT

Pursuant to Tex. R. App. P. 6.5(b), the undersigned also certifies that a copy of this Unopposed Motion for Leave to Withdraw was sent by certified and first-class mail to Appellant Aspire Power Ventures, LP at its last known address, as reflected below, on December 11, 2025:

Barry Hammond Jr.,
Aspire Power Ventures, LP
1302 Waugh Drive #539
Houston, Texas, 777019

/s/   *Ken Carroll*
Ken Carroll

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ken Carroll on behalf of Ken Carroll
Bar No. 3888500
kcarroll@ccsb.com
Envelope ID: 109013348
Filing Code Description: Motion
Filing Description: Unopposed Motion for Leave to Withdraw
Status as of 12/12/2025 7:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark Little | | mark.little@bakerbotts.com | 12/11/2025 5:04:32 PM | SENT |
| Macey Stokes | | macey.stokes@bakerbotts.com | 12/11/2025 5:04:32 PM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 12/11/2025 5:04:32 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 12/11/2025 5:04:32 PM | SENT |
| George Fibbe | | george.fibbe@bakerbotts.com | 12/11/2025 5:04:32 PM | SENT |
| Patrick Leahy | | patrick.leahy@bakerbotts.com | 12/11/2025 5:04:32 PM | SENT |
| Brent M.Rubin | | brubin@ccsb.com | 12/11/2025 5:04:32 PM | SENT |
| Ken Carroll | | kcarroll@ccsb.com | 12/11/2025 5:04:32 PM | SENT |
| Elliot Clark | | eclark@winstead.com | 12/11/2025 5:04:32 PM | SENT |
| Elin Isenhower | | eisenhower@winstead.com | 12/11/2025 5:04:32 PM | SENT |
| John Hulme | | John.Hulme@oag.texas.gov | 12/11/2025 5:04:32 PM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 12/11/2025 5:04:32 PM | SENT |
| Chrysta L.Castaneda | | chrysta@castaneda-firm.com | 12/11/2025 5:04:32 PM | SENT |
| Nicole Michael | | nicole@castaneda-firm.com | 12/11/2025 5:04:32 PM | SENT |
| Monica Latin | | mlatin@ccsb.com | 12/11/2025 5:04:32 PM | SENT |
| Amanda AtkinsonCagle | | Amanda.Cagle@oag.texas.gov | 12/11/2025 5:04:32 PM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 12/11/2025 5:04:32 PM | SENT |